UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
99 AUG -5 AM 9:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

SEA-LAND SERVICE, INC.,　　　　　)

　　Plaintiff,　　　　　　　　　　)

vs.　　　　　　　　　　　　　　　)　　CV99-S-1439-NE

AMERICAN SLATE & GRANITE, INC., )

　　Defendant.　　　　　　　　　　)

ENTERED
AUG 0 5 1999

## FINDINGS OF FACT
## AND
## CONCLUSIONS OF LAW

This action is before the court on plaintiff's July 30, 1999 motion for default, and supporting affidavit of Rose Austin. Having considered the motion and affidavit the court finds and concludes as follows.

　　1.　This action was commenced on June 4, 1999, by the filing of a summons and complaint which were served on defendant on June 10, 1999.

　　2.　Defendant has failed to respond to the complaint herein.

　　3.　Defendant is a corporation existing within the jurisdiction of this court.

　　4.　Defendant is indebted to plaintiff for the sum of Five Thousand Eight Hundred Eight and no/100 Dollars ($5,808.00), which amount remains unpaid.

　　Plaintiff is entitled to recover the sum of $5,808.00, together with costs of court. An appropriate order will be entered contemporaneously herewith.

DONE this __4th__ day of August, 1999.

_____
United States District Judge

2

AUG-05-1999  10:58           205 551 0741          96%              P.04